No. 95–5242. HARRISON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–5243. DUKE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 95–5244. EMERSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–5245. FINCHER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–5246. FEBRE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–5247. DeMAY v. McGINNIS, DIRECTOR, MICHIGAN DEPARTMENT OF CORRECTIONS, ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–5248. GREENBERG v. NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 95–5249. HARRIS v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 95–5250. HAYWOOD v. VETERANS ADMINISTRATION MEDICAL CENTER ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–5252. DeJESUS v. STINSON, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 95–5253. ALLEN v. CITY OF AURORA, COLORADO. Ct. App. Colo. Certiorari denied.

No. 95–5254. REEVES v. VANCE ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–5255. CURRY v. ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 95–5256. DELGADO-GUERRERO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–5258. THOMAS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.